UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G&G Closed Circuit Events, LLC<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jonathan Ortega Carrera, individually and d/b/a Olibar; and 583 Restaurant Corp., an unknown business entity d/b/a Olibar<br><br>　　　　　　Defendants. | Case No.: 7:21-cv-04494-PMH<br><br>**ORDER DISMISSING CASE** |

As stipulated and agreed between the parties in the joint Stipulation of Dismissal filed on September 7, 2021 this action is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

The Clerk of Court is respectfully directed to close this case.

Dated: September __8__, 2021　　　　　　**SO ORDERED.**
　　　　　**White Plains, New York**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Philip M. Halpern
　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**